UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LENA M. STINES, individually and as next friend of SYLVIA R. HICKMAN, <br> Plaintiffs, <br><br> vs. <br><br> M.R.S. ASSOCIATES, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  1:04-CV-0771-SEB-JPG <br> ) <br> ) <br> ) |

## JUDGMENT

Having granted Defendant's Motion for Summary Judgment in a concurrent ruling, JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiffs. Each party shall bear its own costs.

IT IS SO ORDERED.

09/30/2005

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Cathleen Maria Combs
EDLEMAN COMBS & LATTURNER
ccombs@edcombs.com

Daniel A. Edelman
EDELMAN COMBS & LATTURNER LLC
courtecl@aol.com

Jennifer Marie Herrmann
KIGHTLINGER & GRAY
jherrmann@k-glaw.com

James O. Latturner
EDELMAN COMBS LATTURNER GOODWIN
jlatturner@edcombs.com

Thomas Everett Soule
EDELMAN COMBS & LATTURNER
courtecl@aol.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com